FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2021

No. 04-21-00104-CV

Michael Edward **RODRIGUEZ**,
Appellant

v.

Nora G. **RODRIGUEZ**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-00908
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Appellant Michael Rodriguez's brief was originally due July 12, 2021. We granted appellant an extension until August 11, 2021, to file the brief. Neither the brief nor a motion for extension of time has been filed.

We **order** appellant to file, **by August 26, 2021,** appellant's brief and a written response reasonably explaining his failure to timely file the brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a).

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court